## CAMPBELL v. STATE.
### No. 20238.

Court of Criminal Appeals of Texas.
March 1, 1939.

———◆———

Geo. E. Hosey, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary of a private residence, punishment assessed being ten years in the penitentiary.

The indictment properly charges the offense. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

## ■ CAMPBELL v. STATE.
### No. 20240.

Court of Criminal Appeals of Texas.
March 1, 1939.

Geo. E. Hosey, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary of a private residence; the punishment, confinement in the penitentiary for ten years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.